IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MIGDALIA ARROYO PICART, on behalf of
her minor daughter A.M.G.A.,

    Plaintiff,

       v.

FUNDACIÓN DR. MANUEL DE LA PILA
IGLESIAS, INC. d/b/a HOSPITAL DR. PILA
PONCE; DR. ALFREDO A. BRAVO COLÓN,

    Defendants.

CIVIL NO. 15-1523 (MEL)

## VERDICT FORM

**We, the jury, <u>unanimously</u> agree on the answers to the following questions.**

1. Did the plaintiff prove by a preponderance of the evidence that she is entitled to receive compensatory damages?

   __X__ Yes

   _____ No

   If you answered **no**, then you are finished. Skip the rest of the questions, proceed to the end of the form, and sign and date it.

   If you answered **yes**, proceed to the next question.

2. What amount of compensatory damages do you find from a preponderance of the evidence would compensate plaintiff?

   A. For past and future medical care and treatment, if any:    $ 11,500,000
   B. For emotional pain and suffering, if any:    $ 2,000,000
   C. Loss of income, if any:    $ 1,500,000

   Proceed to the next question.

3. What percentage of the damages that resulted from negligence is attributable to Doctor Alfredo A. Bravo-Colón and Fundación Dr. Manuel De La Pila Iglesias, Inc.?

   Defendant Doctor Alfredo A. Bravo-Colón                 50 %

   Defendant Fundación Dr. Manuel De La Pila Iglesias, Inc.   50 %

   **Total must not exceed 100%**


Please sign and date the verdict form because you have completed your jury service.

_____
Foreperson

_12/4/17   5:45pm_____
Date and Time